FILED

JUL - 6 2005

MICHAEL W. DOBBINS, CLERK
UNITED STATES DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| KELLY BAIRD, Plaintiff, | ) | |
| v. | ) | Case No. 01 C 50228 |
| BOARD OF EDUCATION FOR WARREN COMMUNITY UNIT SCHOOL DISTRICT NO. 205, JO DAVIES COUNTY, ILLINOIS, MONICA STEPHAN, ANALISA CLEARY, JUDY GATES, MARY VINCENT, JOSEPH GREEN, DONALD HILL, and ROBERT LETHLEAN, Defendants. | ) | Hon. Philip G. Reinhard<br><br>Magistrate Judge<br>P. Michael Mahoney |

**PLAINTIFF'S REPLY MEMORANDUM IN SUPPORT OF MOTION FOR ENTRY OF ORDER OF SUMMARY JUDGMENT AS TO COUNT II**

## I. Defendants Have Conceded Plaintiff's Entitlement to Summary Judgment

Defendants' response concedes the essential point of the Motion. By virtue of the Seventh Circuit's Opinion ("the Opinion"), Baird is entitled to the entry of summary judgment as to liability with respect to Count II. The Seventh Circuit's mandate requires this Court to enter summary judgment as to liability in plaintiff's favor on Count II. The question of damages is reserved to trial. Plaintiff is entitled to the entry of this order now.

## II. There Is No Reason to Stay the Entry of this Order

Defendants' only argument is that this Court should do nothing pending disposition of defendants' cert petition. This argument ignores two essential facts. First, the mandate issued. Second, these defendants chose not to file a motion to stay the mandate pending their cert petition.

Indeed, defendants' response is nothing more than a thinly veiled – and late – motion to stay the mandate. This argument should be rejected. Because no stay has been issued, plaintiff is entitled to the entry of summary judgment.

Defendants' argument reduces to the proposition that because they have filed the cert petition, and because we won't know whether the Supreme Court is going to grant the petition until on or about September 26, 2005, this Court should not enter the summary judgment order. Defendants' argument certainly has some force with respect to the setting of a trial date. After all, there is no point in trying this case while the possibility of Supreme Court review still exists.

But setting a trial date and entering the summary judgment order as to liability, which defendants concede Baird is entitled to, are two different things. This case should be given a trial date. Obviously, that trial date should be after September 26, 2005. If the Supreme Court grants defendants' petition, then the trial date will be vacated and all proceedings stayed pending disposition of the cert petition.

The potential for Supreme Court review does not furnish a basis for this Court to decline to enter the summary judgment order. Plaintiff is preparing for trial. Assuming the cert petition is denied, plaintiff is entitled to tell the jury in opening statement that the Opinion has already determined that his constitutional rights have been violated and that it is for the jury to determine his damages. The Opinion gives us that entitlement. There is no reason to put off the entry of the order. Indeed, we respectfully submit that the Opinion mandates this Court to do so.

## III. Conclusion

Defendants' response furnishes no basis for staying the entry of the order to which plaintiff is entitled. Plaintiff respectfully submits that this Court enter an order granting plaintiff's Motion for Summary Judgment on Count II.

Respectfully submitted,

By ______________________
John B. Murphey

John B. Murphey
ARDC#1992635
Rosenthal, Murphey & Coblentz
30 No. LaSalle - Suite 1624
Chicago, IL 60602
Teleph # (312) 541-1072
Fax # (312) 541-9191

G:\rmcj\SD205-Baird\Remand\ReplyMemSuppSJ Count II.wpd

FILED

JUL - 6 2005

MICHAEL W. DOBBINS, CLERK
UNITED STATES DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| KELLY BAIRD, Plaintiff, | ) | |
| v. | ) | Case No. 01 C 50228 |
| BOARD OF EDUCATION FOR WARREN COMMUNITY UNIT SCHOOL DISTRICT NO. 205, JO DAVIES COUNTY, ILLINOIS, MONICA STEPHAN, ANALISA CLEARY, JUDY GATES, MARY VINCENT, JOSEPH GREEN, DONALD HILL, and ROBERT LETHLEAN, | ) | Hon. Philip G. Reinhard<br>Magistrate Judge<br>P. Michael Mahoney |
| Defendants. | ) | |

**NOTICE OF FILING**

**TO:** Nancy Fredman Krent and Robert Swain
Hodges Loizzi Eisenhammer Rodick & Kohn
3030 Salt Creek Lane - Suite 202
Arlington Heights, IL 60005

Stephen R. Miller
Myers Miller & Krauskopf
Two North LaSalle St., St. 1200
Chicago, Illinois 60602

PLEASE TAKE NOTICE that on July 5, 2005, I have via first class mail filed in the Office of the Clerk of the United States District Court for the Northern District of Illinois, Western Division, at 211 So. Court Street, Rockford, IL 61101, in the above-captioned cause, **Plaintiff's Reply Memorandum in Support of Motion for Entry of Order of Summary Judgment as to Count II**, copies of which are herewith served upon you.

KELLY BAIRD, Plaintiff

By: ______________________
JOHN B. MURPHEY, his Attorney

John B. Murphey, ARDC#1992635
Rosenthal, Murphey & Coblentz
30 No. LaSalle - Suite 1624
Chicago, IL 60602
Teleph # (312) 541-1072
Fax # (312) 541-9191

IN RE:

**01 C 50228 – U.S.Dist.Ct.,No.Ill.Western Div.**
**Baird v. Bd. of Ed., S.D.205, *et al.***

## PROOF OF SERVICE

The undersigned certifies under penalty of perjury as true that she served a copy of the foregoing **Notice of Filing**, along with a copy of **Plaintiff's Reply Memorandum in Support of Motion for Entry of Order of Summary Judgment as to Count II**, upon:

Nancy Fredman Krent and Robert Swain
Hodges Loizzi Eisenhammer Rodick & Kohn
3030 Salt Creek Lane - Suite 202
Arlington Heights, IL 60005

Stephen R. Miller
Myers Miller & Krauskopf
Two North LaSalle St., St. 1200
Chicago, Illinois 60602

by placing a true and correct copy of same into an envelope correctly addressed as aforesaid and bearing sufficient postage prepaid and depositing same into the U.S. Mail at 30 North LaSalle Street, Chicago, IL 60602 on or before the hour of 5:00 p.m. on July 5, 2005.

ROSENTHAL, MURPHEY & COBLENTZ
30 No. LaSalle — Suite 1624
Chicago, IL 60602
Teleph #: (312) 541-1070
Fax #: (312) 541-9191

G:\rmcj\SD205-Baird\Remand\NotFilingRMCountII.wpd